UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | S.D. Ohio Case No. 2:23-mj-492 |
| v. | : | [Arresting Jurisdiction] |
| | : | |
| BENJAMIN MICHAEL SHULER, | : | D.D.C. Case No. 23-mj-203 |
| | : | [Jurisdiction of Alleged Offenses] |
| Defendant. | : | |

## WAIVER OF INTERSTATE AGREEMENT ON DETAINERS ("IAD") ANTI-SHUTTLING RIGHTS

I, Benjamin Michael Shuler, the defendant in this case, having discussed with my attorney, W. Joseph Edwards, Esq., the possible effect of the Interstate Agreement on Detainers ("IAD") on my case, do hereby state and agree that:

1. I have previously been sentenced to serve a term of imprisonment by a state court in the State of Ohio. I have not completed serving that sentence.

2. I now face federal charges of 18 U.S.C. §§ 111(a) (Assault on Certain Officers); 231 (Civil Disorder); 1752(a)(1), (2), and (4) (Entering/Remaining on Restricted Grounds, Disorderly Conduct on Restricted Grounds, and Physical Violence on Restricted Grounds); and 40 U.S.C. §§ 5104(e)(2)(D) and (F) (Disorderly Conduct on Capitol Grounds and Physical Violence on Capitol Grounds) in the United States District Court for the District of Columbia, and for that reason, I will be or have been taken into federal custody for the purposes of making my initial appearance in the arresting jurisdiction, the Southern District of Ohio.

3. I have been advised that the IAD, 18 U.S.C. appendix 2, may apply to my case, and that, if it does, I have the right to remain in federal custody, and not be returned to state

custody, until the trial (or guilty plea) on the federal charges above is completed and the federal sentence has been imposed.

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial and/or sentencing on the federal charges.

X _____
Benjamin M. Shuler, Defendant

_____
W. Joseph Edwards, Esq.
Attorney for the Defendant

Date: 8/31/23